UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLOYD JORDAN and<br>DARREN CHERRY | No. 25 CR 442<br><br>Judge LaShonda A. Hunt |

### NOTICE OF MOTION

TO: Defense Counsel of Record

PLEASE TAKE NOTICE that on November 19, 2025 at 10:30 a.m., I will appear before the Honorable LaShonda A. Hunt, in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S MOTION FOR ENTRY OF FIRST AMENDED PROTECTIVE ORDER GOVERNING DISCOVERY** in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

By: /s/ Wesley A. Morrissette
    WESLEY A. MORRISSETTE
    Assistant United States Attorney
    219 S. Dearborn, 5th Floor
    Chicago, Illinois 60603
    (312) 353-5306

Dated: November 18, 2025